# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CHANGE OF PLEA HEARING MINUTES** |
| **CORY J. HERTHEL** | Case No. 23-CR-119 |

HONORABLE WILLIAM C. GRIESBACH presiding  
Proceeding Held: August 31, 2023  
Deputy Clerk: Lori

Time Called: 9:02 am  
Time Concluded: 9:14 am  
Tape: 083123

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| CORY J. HERTHEL by: | Eric S. Maciolek |
| US PROBATION OFFICE by: | Robert Herman |
| INTERPRETER: None | ☐ Interpreter Sworn |

☒ Defense counsel advises that defendant wishes to enter a plea of guilty  
☒ Plea agreement filed  
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation  
☒ Defendant sworn  
☒ Defendant advised that false statements made under oath may result in prosecution for perjury  
☒ Court questions defendant as to background, education, medical history, drug usage

☒ Court advises defendant as to:
  ☒ Elements of the offense
  ☒ Maximum penalties
  ☒ Mandatory minimum sentence
  ☐ Forfeiture provision
  ☒ Sentencing guidelines
  ☒ Right to a jury trial
  ☐ Waiver of appeal rights
☒ Government provides factual basis as set forth in plea agreement

☒ GUILTY plea entered to Count(s) 1 of the ☒ indictment, ☐ superseding indictment, ☐ information  
☒ CHARGE: 18:2251(a) Attempted Sexual Exploitation of a Child  
☒ PSR ordered  
☒ Sentencing set for: December 4th, 2023 at 1:30 PM

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea  
☒ Defendant adjudged guilty

☒ Detention continued; or ☐ Bond continued: ☐ as previously set, or ☐ as modified: